FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAFAEL MARTINEZ, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART INC, a foreign profit corporation,<br><br>    Defendant. | No. 1:24-CV-03036-SAB<br><br>**ORDER DENYING MOTION FOR PROTECTIVE ORDER** |

    Before the Court is Defendant's Motion for Protective Order, ECF No. 48. The motion was considered without oral argument. Plaintiff is represented by Erika Valencia. Defendant is represented by Clarence M. Belnavis, Janelle W. Debes, and Stephen Scott.

    The Court denied the parties' first Motion for a Protective Order. ECF No. 18. Defendant now requests the Court sign a Protective Order that Plaintiff did not sign on to nor agree to. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling broad categories of "confidential" materials.

    The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect

**ORDER DENYING MOTION FOR PROTECTIVE ORDER * 1**

such items from public access, the Court will entertain motions to seal or redact such materials.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Protective Order, ECF No. 48, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 5th day of November 2025.

_____
Stan Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR PROTECTIVE ORDER** * 2